# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                      Case No. 4:13-cr-00075 KGB

ANTHONY PARNELL                                                 DEFENDANT

## ORDER

Pending before the Court is the motion filed by Assistant Federal Public Defender Lisa G. Peters to be relieved as counsel of record for defendant Anthony Parnell (Dkt. 75). Good cause having been shown, the motion is granted (Dkt. 75).

It is therefore ordered that CJA Panel Attorney Sara Merritt is hereby appointed to represent defendant Anthony Parnell in all further proceedings. Assistant Federal Public Defender Lisa G. Peters is relieved from any further representation of the defendant in this matter.

It is so ordered this 15th day of January, 2015.

_____
Kristine G. Baker
United States District Judge